STATE v. LONG

No. 62P94-2

Case below: 113 N.C.App. 765

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

STATE v. NELSON

No. 199A94

Case below: 114 N.C.App. 341

Motion by Attorney General for temporary stay allowed 10 May 1994 pending determination of the State's petition for discretionary review.

STATE v. NORRIS

No. 191P94

Case below: 114 N.C.App. 270

Motion by defendant for temporary stay allowed 26 April 1994 pending receipt of a timely filed petition for discretionary review.

STATE v. PENN

No. 100P94

Case below: 113 N.C.App. 423

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 May 1994.

STATE v. RAYNOR

No. 196P94

Case below: 114 N.C.App. 505

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 5 May 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.